# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Action No.: 05-cr-876- JLL-02 |
| v. | **ORDER** |
| VINCENT "VINNY" BAKER | |

The Court has received and reviewed Defendant Vincent "Vinny" Baker's motion for an Order requiring immediate disclosure of all *Brady* and impeachment material regarding cooperating witness, Robert Steffer. The Court has considered defendant's motion and the Government's response thereto as set forth in their letter of June 27, 2007. Inasmuch as the Government has agreed to produce impeachment material by August 2, 2007, as requested in the motion and the Government's acknowledgment of its ongoing obligation to produce *Brady* material, the Defendant's motion [#36] is hereby DENIED.

Dated:   July 2nd, 2007

JOSE L. LINARES,
UNITED STATES DISTRICT JUDGE