UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Criminal No. 05-876 |
| : | |
| : | CONSENT |
| V. : | ORDER MODIFYING |
| : | CONDITIONS OF BAIL |
| JOHN J. HAMILTON, JR. : | |
| and : | |
| VINCENT "VINNY" BAKER : | |
| : | |

AND NOW, this 23rd day of May, 2008, upon the application of Defendant Vincent Baker for an order modifying bail conditions in this matter, and with the consent of Pre-Trial Services and the Government, it is hereby ORDERED that the bail conditions previously imposed upon Mr. Baker are modified as follows:

1. Mr. Baker is permitted to travel to Michigan on July 3, 2008, and is to return to New Jersey on or before July 6, 2008.
2. While in Michigan, Mr. Baker is be reachable by cell phone.
3. Mr. Baker is to provide Pre-Trial Services with the details of his trip, including his flight, hotel, and work information.

It is further ORDERED that all other bail conditions remain the same.

_____
JOSE L. LINARES
United States District Court Judge