UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 05-876 |
| | : | |
| | : | CONSENT |
| V. | : | ORDER MODIFYING |
| | : | CONDITIONS OF BAIL |
| JOHN J. HAMILTON, JR. | : | |
| and | : | |
| VINCENT "VINNY" BAKER | : | |
| | : | |

AND NOW, this __10th__ day of May, 2010, upon the application of Defendant Vincent Baker for an order modifying bail conditions in this matter, and with the consent of Pre-Trial Services and the Government, it is hereby ORDERED that the bail conditions previously imposed upon Mr. Baker are modified as follows:

1. Mr. Baker is permitted to travel into New York City on May 13, 2010, returning to New Jersey on or before May 14, 2010.
2. Mr. Baker is to provide Pre-Trial Services with the details of his planned events for that daty.

It is further ORDERED that all other bail conditions remain the same.

Jose L. Linares
United States District Court Judge